# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOBBY RAY SNEED | : | CIVIL ACTION |
| | : | NO. 3:22-CV-00207 |
| VERSUS | | |
| | : | JUDGE JOHN W. deGRAVELLES |
| DPSC, ET AL | : | MAGISTRATE JUDGE |
| | : | RICHARD L. BOURGEOIS, JR. |

**************************************************************************

## ANSWER DEFENDANTS WITH JURY DEMAND

**************************************************************************

**NOW INTO COURT**, through undersigned counsel, come the Defendants, Louisiana Attorney General Jeff Landry, Assistant Attorney General Christopher N. Walters and Assistant Attorney General Grant L. Willis (hereinafter referred to as the "Defendants"), and Answer Plaintiff's Original Petition and request a trial by jury on all issues so triable.

## FIRST AFFIRMATIVE DEFENSE

The Petition fails to state a claim upon which relief can be granted against Defendants.

## SECOND AFFIRMATIVE DEFENSE

Defendants specifically plead that they are entitled to and protected by the discretionary immunity doctrine afforded to public entities or their officers or employees for acts within the course and scope of their lawful powers and duties.

## THIRD AFFIRMATIVE DEFENSE

Defendants specifically plead that they are entitled to qualified immunity. The defendants' conduct did not violate any of plaintiffs clearly established constitutional or statutory rights of which a reasonable person would have known.

1

## FOURTH AFFIRMATIVE DEFENSE

All actions taken by the Defendants were taken in good faith, under the law, and without malice.

## FIFTH DEFENSE

The claims brought by plaintiff have been brought frivolously, unreasonably, and without foundation in an effort to harass or embarrass these defendants and, as a consequence thereof, these defendants are entitled to an award of attorney's fees should they prevail in this action.

## SIXTH AFFIRMATIVE DEFENSE

The Defendants' deny any and all liability unto plaintiff in this matter.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendants' assert that damages complained of by Plaintiff in the *Petition* resulted from the sole, or comparative fault of the Plaintiff or third persons.

## EIGHT AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compensatory damages, punitive damages, attorney's fees, costs or any other relief requested in his *Petition*.

## NINTH AFFIRMATIVE DEFENSE

The Defendants' Assert the limitations on recovery set forth in La. R.S. 13: 5106 as an Affirmative Defense, to the extent applicable to the claims asserted in this litigation.

## TENTH AFFIRMATIVE DEFENSE

The Defendants' Assert the limitations on recovery set forth in La. R.S. 13:5112 as an Affirmative Defense, to the extent applicable to the claims asserted in this litigation.

## ELEVENTH AFFIRMATIVE DEFENSE

The Defendants' Assert the limitations on recovery set forth in La. R.S. 9:2800 as an Affirmative Defense, to the extent applicable to the claims asserted in this litigation.

## TWELFTH AFFIRMATIVE DEFENSE

The Defendants' Assert the provisions of La. R.S 9:22798.1 as an Affirmative Defense, to the extent applicable to the claims asserted in this litigation.

## THIRTEENTH AFFIRMATIVE DEFENSE

The Defendants' Assert the limitations on liability set forth in La. R.S. 9:2792.4 as an Affirmative Defense, to the extent applicable to the claims asserted in this litigation.

## FOURTEENTH AFFIRMATIVE DEFENSE

The Defendants' Assert the affirmative defenses in La. C. C. P. 1005, to the extent applicable to the claims asserted in this litigation.

## FIFTHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims arising under Louisiana Law are premature, in so far as plaintiff did not exhaust any and all administrative remedies under the Louisiana Prison Litigation Reform Act ("PLRA").  La. Rev. Stat. 15:1181, et seq.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to assert a claim under Louisiana Law for mental or emotional injury suffered while in custody without a prior showing of physical injury.  La. Rev. Stat. 15:1184(E).

## ANSWER

**AND NOW,** in answer to the *Petition for Damages* by Bobby Ray Sneed, the defendants' deny each and every allegation therein except as hereafter expressly admitted and respectfully respond as follows:

3

1.      The allegations contained in paragraph 1 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 1 of the plaintiff's *Petition for Damages* are denied.

2.      The allegations contained in paragraph 2 of the plaintiff's *Petition for Damages* are denied as written.

3.      The allegations contained in paragraph 3 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 3 of the plaintiff's *Petition for Damages* are denied.

4.      The allegations contained in paragraph 4 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 4 of the plaintiff's *Petition for Damages* are denied as written.

5.      The allegations contained in paragraph 5 of the plaintiff's *Petition for Damages* are admitted insofar as Plaintiff was released on January 8, 2022. All other allegations are denied for lack of sufficient information to justify a belief therein.

6.      The allegations contained in paragraph 6 of the plaintiff's *Petition for Damages* are denied.

7.      The allegations contained in paragraph 7 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 7 of the plaintiff's *Petition for Damages* are denied.

8.     The allegations contained in paragraph 8 of the plaintiff's *Petition for Damages* are admitted.

9.     The allegations contained in paragraph 9 of the plaintiff's *Petition for Damages* are denied as written. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

10.     The allegations contained in paragraph 10 of the plaintiff's *Petition for Damages* are admitted.

11.     The allegations contained in paragraph 11 of the plaintiff's *Petition for Damages* are admitted.

12.     The allegations contained in paragraph 12 of the plaintiff's *Petition for Damages* are admitted.

13.     The allegations contained in paragraph 13 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

14.     The allegations contained in paragraph 14 of the plaintiff's *Petition for Damages* are denied.

15.     The allegations contained in paragraph 15 of the plaintiff's *Petition for Damages* are admitted insofar as a urine sample taken from the Plaintiff possessed contraband (i.e. drugs) that caused his collapse. All other allegations are denied for lack of sufficient information to justify a belief therein.

16.     The allegations contained in paragraph 16 of the plaintiff's *Petition for Damages* are admitted insofar as Plaintiff had a hearing before the Angola Disciplinary Board for adjudication of his March 25, 2021 drug possession. All other allegations are denied for lack of sufficient information to justify a belief therein.

17.    The allegations contained in paragraph 17 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

18.    The allegations contained in paragraph 18 of the plaintiff's *Petition for Damages* are admitted.

19.    The allegations contained in paragraph 19 of the plaintiff's *Petition for Damages* are admitted insofar as Plaintiff was given the opportunity to present evidence before the Angola Disciplinary Board for adjudication of his March 25, 2021 drug possession. All other allegations are denied for lack of sufficient information to justify a belief therein.

20.    The allegations contained in paragraph 20 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 20 of the plaintiff's *Petition for Damages* are denied.

21.    The allegations contained in paragraph 21 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

22.    The allegations contained in paragraph 22 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 22 of the plaintiff's *Petition for Damages* are denied.

23.    The allegations contained in paragraph 23 of the plaintiff's *Petition for Damages* are denied as written. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

24.    The allegations contained in paragraph 24 of the plaintiff's *Petition for Damages* are denied as written. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

25.    The allegations contained in paragraph 25 of the plaintiff's *Petition for Damages* are denied as written. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

26.    The allegations contained in paragraph 26 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 26 of the plaintiff's *Petition for Damages* are denied.

27.    The allegations contained in paragraph 27 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

28.    The allegations contained in paragraph 28 of the plaintiff's *Petition for Damages* are denied as written.

29.    The allegations contained in paragraph 29 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

30.    The allegations contained in paragraph 30 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 30 of the plaintiff's *Petition for Damages* are denied.

31.    The allegations contained in paragraph 31 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 31 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

32.    The allegations contained in paragraph 32 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 32 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

33.    The allegations contained in paragraph 33 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 33 of the plaintiff's *Petition for Damages* are denied as written.

34.    The allegations contained in paragraph 34 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 34 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

35.    The allegations contained in paragraph 35 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 35 of the plaintiff's *Petition for Damages* are denied.

36.    The allegations contained in paragraph 36 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 36 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

37.    The allegations contained in paragraph 37 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 37 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

38.    The allegations contained in paragraph 38 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 38 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

39.    The allegations contained in paragraph 39 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 39 of the plaintiff's *Petition for Damages* are denied.

40.    The allegations contained in paragraph 40 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 40 of the plaintiff's *Petition for Damages* are denied.

41.    The allegations contained in paragraph 41 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 41 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

42.    The allegations contained in paragraph 42 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 42 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

43.    The allegations contained in paragraph 43 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 43 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

44.    The allegations contained in paragraph 44 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 44 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

45.    The allegations contained in paragraph 45 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 45 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

46.    The allegations contained in paragraph 46 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 46 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

47.    The allegations contained in paragraph 47 of the plaintiff's *Petition for Damages* are admitted.

48.    The allegations contained in paragraph 48 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 48 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

49.    The allegations contained in paragraph 49 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 49 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

50.    The allegations contained in paragraph 50 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 50 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

51.    The allegations contained in paragraph 51 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 51 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

52.    The allegations contained in paragraph 52 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 52 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

53.    The allegations contained in paragraph 53 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 53 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

54.    The allegations contained in paragraph 54 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 54 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

55.     The allegations contained in paragraph 55 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 55 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

56.     The allegations contained in paragraph 56 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 56 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

57.     The allegations contained in paragraph 57 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 57 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

58.     The allegations contained in paragraph 58 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 58 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

59.     The allegations contained in paragraph 59 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 59 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

60.     The allegations contained in paragraph 60 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 60 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

61.     The allegations contained in paragraph 61 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 61 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

62.     The allegations contained in paragraph 62 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 62 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

63.     The allegations contained in paragraph 63 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 63 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

64.     The allegations contained in paragraph 64 of the plaintiff's *Petition for Damages* are admitted insofar as the language contained in paragraph 64 reflects the official transcript of the Committee on Parole hearing dated May 10, 2021.  All remaining allegations contained in paragraph 64 are denied for lack of sufficient information to justify a belief therein. All inferences to wrongdoing and/or liability by the appearing defendants are denied.

65.     The allegations contained in paragraph 65 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 65 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

66.    The allegations contained in paragraph 66 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 66 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

67.    The allegations contained in paragraph 67 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 67 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

68.    The allegations contained in paragraph 68 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 68 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

69.    The allegations contained in paragraph 69 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 69 of the plaintiff's *Petition for Damages* are denied as written.

70.    The allegations contained in paragraph 70 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 70 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

71.    The allegations contained in paragraph 71 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 71 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

72.    The allegations contained in paragraph 72 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 72 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

73.    The allegations contained in paragraph 73 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 73 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

74.    The allegations contained in paragraph 74 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 74 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

75.    The allegations contained in paragraph 75 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 75 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

76.    The allegations contained in paragraph 76 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 76 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

77.    The allegations contained in paragraph 77 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 77 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

78.    The allegations contained in paragraph 78 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 78 of the plaintiff's *Petition for Damages* are denied as written.

79.    The allegations contained in paragraph 79 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 79 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

80.    The allegations contained in paragraph 80 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 80 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

81.    The allegations contained in paragraph 81 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 81 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

82.    The allegations contained in paragraph 82 of the plaintiff's *Petition for Damages* are admitted insofar as the *Petition for Damages* was filed on May 14, 2021.  All remaining allegations

contained in paragraph 82 are denied for lack of sufficient information to justify a belief therein. All inferences to wrongdoing and/or liability by the appearing defendants are denied.

83.     The allegations contained in paragraph 83 of the plaintiff's *Petition for Damages* are admitted insofar as Judge deGravelles' ruling on the Defendants' *Motion to Dismiss*.   All remaining allegations contained in paragraph 83 are denied for lack of sufficient information to justify a belief therein. All inferences to wrongdoing and/or liability by the appearing defendants are denied.

84.     The allegations contained in paragraph 84 of the plaintiff's *Petition for Damages* are admitted.

85.     The allegations contained in paragraph 85 of the plaintiff's *Petition for Damages* are admitted.

86.     The allegations contained in paragraph 86 of the plaintiff's *Petition for Damages* are denied as written.

87.     The allegations contained in paragraph 87 of the plaintiff's *Petition for Damages* are denied as written.

88.     The allegations contained in paragraph 88 of the plaintiff's *Petition for Damages* are admitted.

89.     The allegations contained in paragraph 89 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 89 of the plaintiff's *Petition for Damages* are denied.

90.     The allegations contained in paragraph 90 of the plaintiff's *Petition for Damages* are admitted insofar as the fact that the Louisiana First Circuit Court of Appeal granted Respondent

Francis Abbott and Respondent Board of Parole's emergency writ application on November 23, 2021.  All remaining allegations contained in paragraph 90 are denied for lack of sufficient information to justify a belief therein. All inferences to wrongdoing and/or liability by the appearing defendants are denied.

91.    The allegations contained in paragraph 91 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 91 of the plaintiff's *Petition for Damages* are denied.

92.    The allegations contained in paragraph 92 of the plaintiff's *Petition for Damages* are denied as written.

93.    The allegations contained in paragraph 93 of the plaintiff's *Petition for Damages* are denied as written.

94.    The allegations contained in paragraph 94 of the plaintiff's *Petition for Damages* are denied as written.

95.    The allegations contained in paragraph 95 of the plaintiff's *Petition for Damages* are admitted.

96.    The allegations contained in paragraph 96 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 96 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

97.    The allegations contained in paragraph 97 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 97 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

98.     The allegations contained in paragraph 98 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 98 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

99.     The allegations contained in paragraph 99 of the plaintiff's *Petition for Damages* are denied.

100.    The allegations contained in paragraph 100 of the plaintiff's *Petition for Damages* are denied.

101.    The allegations contained in paragraph 101 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 101 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

102.    The allegations contained in paragraph 102 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 102 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

103.    The allegations contained in paragraph 103 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 103 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

104.    The allegations contained in paragraph 104 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 104 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

105.    The allegations contained in paragraph 105 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 105 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

106.    The allegations contained in paragraph 106 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 106 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

101.1.[1] The allegations contained in paragraph 101.1 of the plaintiff's *Petition for Damages* are denied as written.

102.1.  The allegations contained in paragraph 102.1 of the plaintiff's *Petition for Damages* are denied as written.

103.1.  The allegations contained in paragraph 103.1 of the plaintiff's *Petition for Damages* are admitted insofar as the time Defendant Walters sent the email regarding the stay order issued by the First Circuit Court of Appeal on December 9, 2021.  All remaining allegations contained in paragraph 103.1 are denied for lack of sufficient information to justify a belief therein. All inferences to wrongdoing and/or liability by the appearing defendants are denied.

---

[1] Allegations Numbers 101-106 are duplicated in the Plaintiff's *Petition for Damages*.  For ease of understanding the allegation responded to, Defendants' will denote the duplicate numbers as "101.1-101.6).

104.1.  The allegations contained in paragraph 104.1 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 104.1 of the plaintiff's *Petition for Damages* are denied.

105.1.  The allegations contained in paragraph 105.1 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 105.1 of the plaintiff's *Petition for Damages* are denied.

106.1.  The allegations contained in paragraph 106.1 of the plaintiff's *Petition for Damages* are denied as written.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

107.    The allegations contained in paragraph 107 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 107 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

108.    The allegations contained in paragraph 108 of the plaintiff's *Petition for Damages* are denied.

109.    The allegations contained in paragraph 109 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 109 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

110.    The allegations contained in paragraph 110 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 110 of the plaintiff's *Petition for Damages* are denied as written.

111.    The allegations contained in paragraph 111 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 111 of the plaintiff's *Petition for Damages* are denied as written.

112.    The allegations contained in paragraph 112 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 112 of the plaintiff's *Petition for Damages* are denied.

113.    The allegations contained in paragraph 113 of the plaintiff's *Petition for Damages* are denied as written.

114.    The allegations contained in paragraph 114 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 114 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

115.    The allegations contained in paragraph 115 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 115 of the plaintiff's *Petition for Damages* are denied as written.

116.    The allegations contained in paragraph 116 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 116 of the plaintiff's *Petition for Damages* are denied as written.

117.    The allegations contained in paragraph 117 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 117 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

118.    The allegations contained in paragraph 118 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 118 of the plaintiff's *Petition for Damages* are denied as written.

119.    The allegations contained in paragraph 119 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 119 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

120.    The allegations contained in paragraph 120 of the plaintiff's *Petition for Damages* states a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 120 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

121.    The allegations contained in paragraph 121 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 121 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

122.    The allegations contained in paragraph 122 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 122 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

123.    The allegations contained in paragraph 123 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 123 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

124.    The allegations contained in paragraph 124 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 124 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

125.    The allegations contained in paragraph 125 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 125 of the plaintiff's *Petition for Damages* are denied as written.

126.    The allegations contained in paragraph 126 of the plaintiff's *Petition for Damages* are admitted.

127.    The allegations contained in paragraph 127 of the plaintiff's *Petition for Damages* are admitted.

128.    The allegations contained in paragraph 128 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 128 of the plaintiff's *Petition for Damages* are denied as written.

129.    The allegations contained in paragraph 129 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 129 of the plaintiff's *Petition for Damages* are denied as written.

130.    The allegations contained in paragraph 130 of the plaintiff's *Petition for Damages* are admitted.

131.    The allegations contained in paragraph 131 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

132.    The allegations contained in paragraph 132 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

133.    The allegations contained in paragraph 133 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 133 of the plaintiff's *Petition for Damages* are denied as written.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

134.    The allegations contained in paragraph 134 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that

25

an answer of the appearing defendants is required, the allegations contained in paragraph 134 of the plaintiff's *Petition for Damages* are denied.

135.    The allegations contained in paragraph 135 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 135 of the plaintiff's *Petition for Damages* are denied.

136.    The allegations contained in paragraph 136 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 136 of the plaintiff's *Petition for Damages* are denied.

137.    The allegations contained in paragraph 137 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 137 of the plaintiff's *Petition for Damages* are denied.

138.    The allegations contained in paragraph 138 of the plaintiff's *Petition for Damages* are denied as written.

139.    The allegations contained in paragraph 139 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 139 of the plaintiff's *Petition for Damages* are denied.

140.    The allegations contained in paragraph 140 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that

an answer of the appearing defendants is required, the allegations contained in paragraph 140 of the plaintiff's *Petition for Damages* are denied.

141.    The allegations contained in paragraph 141 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 141 of the plaintiff's *Petition for Damages* are denied.

142.    The allegations contained in paragraph 142 of the plaintiff's *Petition for Damages* are denied as written.

143.    The allegations contained in paragraph 143 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 143 of the plaintiff's *Petition for Damages* are denied.

144.    The allegations contained in paragraph 144 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 144 of the plaintiff's *Petition for Damages* are denied.

145.    The allegations contained in paragraph 145 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 145 of the plaintiff's *Petition for Damages* are denied.

146.    The allegations contained in paragraph 146 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that

an answer of the appearing defendants is required, the allegations contained in paragraph 146 of the plaintiff's *Petition for Damages* are denied.

147.    The allegations contained in paragraph 147 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 147 of the plaintiff's *Petition for Damages* are denied.

148.    The allegations contained in paragraph 148 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 148 of the plaintiff's *Petition for Damages* are denied.

149.    The allegations contained in paragraph 149 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

150.    The allegations contained in paragraph 150 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

151.    The allegations contained in paragraph 151 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 151 of the plaintiff's *Petition for Damages* are denied.

152.    The allegations contained in paragraph 152 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 152 of the plaintiff's *Petition for Damages* are denied.

153.    The allegations contained in paragraph 153 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 153 of the plaintiff's *Petition for Damages* are denied.

154.    The allegations contained in paragraph 154 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

155.    The allegations contained in paragraph 155 of the plaintiff's *Petition for Damages* are denied.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

156.    The allegations contained in paragraph 156 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 156 of the plaintiff's *Petition for Damages* are denied.

157.    The allegations contained in paragraph 157 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 157 of the plaintiff's *Petition for Damages* are denied.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

158.    The allegations contained in paragraph 158 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 158 of the plaintiff's *Petition for Damages* are denied.

159.    The allegations contained in paragraph 159 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing

defendants is required, the allegations contained in paragraph 159 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

160.   The allegations contained in paragraph 160 of the plaintiff's *Petition for Damages* are denied.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

161.   The allegations contained in paragraph 161 of the plaintiff's *Petition for Damages* are denied.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

162.   The allegations contained in paragraph 162 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 162 of the plaintiff's *Petition for Damages* are denied.

163.   The allegations contained in paragraph 163 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 163 of the plaintiff's *Petition for Damages* are denied.

164.   The allegations contained in paragraph 164 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 164 of the plaintiff's *Petition for Damages* are denied.

165.   The allegations contained in paragraph 165 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 165 of the plaintiff's *Petition for Damages* are denied.

166.   The allegations contained in paragraph 166 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

167.   The allegations contained in paragraph 167 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 167 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

168.   The allegations contained in paragraph 168 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 168 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

169.   The allegations contained in paragraph 169 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 169 of the plaintiff's *Petition for Damages* are denied as written.

170.   The allegations contained in paragraph 170 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 170 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

171.   The allegations contained in paragraph 171 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 171 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

172.    The allegations contained in paragraph 172 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

173.    The allegations contained in paragraph 173 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 173 of the plaintiff's *Petition for Damages* are denied.

174.    The allegations contained in paragraph 174 of the plaintiff's *Petition for Damages* are denied as written.

175.    The allegations contained in paragraph 175 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 175 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

176.    The allegations contained in paragraph 176 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 176 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

177.    The allegations contained in paragraph 177 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 177 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

178.    The allegations contained in paragraph 178 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 178 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

179.    The allegations contained in paragraph 179 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 179 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

180.    The allegations contained in paragraph 180 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 180 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

181.    The allegations contained in paragraph 181 of the plaintiff's *Petition for Damages* are denied.  Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

182.    The allegations contained in paragraph 182 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 182 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

183.    The allegations contained in paragraph 183 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 183 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

184.    The allegations contained in paragraph 184 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 184 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

185.    The allegations contained in paragraph 185 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 185 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

186.    The allegations contained in paragraph 186 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

187.    The allegations contained in paragraph 187 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 187 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

188.     The allegations contained in paragraph 188 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 188 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

189.     The allegations contained in paragraph 189 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 189 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

190.     The allegations contained in paragraph 190 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 190 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

191.     The allegations contained in paragraph 191 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants. To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 191 of the plaintiff's *Petition for Damages* are denied for lack of sufficient information to justify a belief therein.

192.     The allegations contained in paragraph 192 of the plaintiff's *Petition for Damages* are denied. Any inferences of wrongdoing and/or liability by the appearing defendants are denied.

193.    The allegations contained in paragraph 193 of the plaintiff's *Petition for Damages* do not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 193 of the plaintiff's *Petition for Damages* are denied.

194.    The allegations contained in paragraph 194 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 194 of the plaintiff's *Petition for Damages* are denied.

195.    The allegations contained in paragraph 195 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 195 of the plaintiff's *Petition for Damages* are denied.

196.    The allegations contained in paragraph 196 of the plaintiff's *Petition for Damages states* a legal conclusion and does not require an answer of the appearing defendants.  To the extent that an answer of the appearing defendants is required, the allegations contained in paragraph 196 of the plaintiff's *Petition for Damages* are denied.

197.    The allegations contained in paragraph 197 of the plaintiff's *Petition for Damages* are admitted.

198.    The allegations contained in paragraph 198 of the plaintiff's *Petition for Damages* are denied.

## JURY DEMAND

Defendants desire and are entitled to a trial by jury.

**WHEREFORE,** defendants, Louisiana Attorney General Jeff Landry, Assistant Attorney General Christopher N. Walters and Assistant Attorney General Grant L. Willis pray that, after due proceedings are had, Bobby Ray Sneed's claims against them be dismissed with prejudice, at his cost, and that the defendants be awarded reasonable costs in connection with this matter.

Respectfully submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

_____
Karen Reiners Winfrey (#21045)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, 4th Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone:    225-326-6300
Facsimile:    225-326-6495
E-mail:        winfreyk@ag.louisiana.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of September, 2022, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

*/s/ Karen Reiners Winfrey*
Karen Reiners Winfrey (#21045)